UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JAMES RICCIO,**<br>**MADELINE RICCIO,**<br><br>  Plaintiffs,<br><br>v.<br><br>**JANINE ROCHELEAU,**<br>**ASHLEY CONWAY,**<br>**NATIONAL GENERAL INSURANCE**<br>**COMPANY,** *d/ba Integon National Insurance Co*,<br>**USA,**<br><br>  Defendants. | :<br>:<br>:<br>:  **CASE NO. 3:18-CV-492 (AWT)**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## JUDGMENT

    This action came on for consideration of the defendant's motion to dismiss before the Honorable Alvin W. Thompson, United States District Judge.

    The Court having considered the motion and the full record of the case including applicable principles of law, and defendants Janine Rocheleau and Ashley Conway having been previously substituted by defendant USA, and terminated as parties on April 4, 2018, the Court issued an order granting the United States' motion to dismiss on July 10, 2018. The Court dismissed, without prejudice, defendant National General Insurance Company on August 14, 2018, as this defendant had not been served. It is therefore;

    **ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered dismissing this case, and the case is closed.

    Dated at Hartford, Connecticut, this 21st day of August, 2018.

                                                             ROBIN D. TABORA, Clerk

                                                            By /s/ Linda S. Ferguson
`                                                           Linda S. Ferguson
                                                            Deputy Clerk

EOD: 8/21/18